UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ACCIDENT INSURANCE COMPANY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cv-01190-SEB-TAB |
| | ) |
| SMITH'S BELL AND CLOCK SERVICE INC., | ) |
| HAMILTON COUNTY PARKS AND | ) |
| RECREATION | ) |
| | ) |
| Defendants. | ) |

**AGREED JUDGMENT BETWEEN AIC AND HAMILTON COUNTY**

Comes now Plaintiff, Accident Insurance Company, Inc. ("**AIC**"), by counsel, and Defendant, Hamilton County Parks and Recreation ("**Hamilton County**"), by counsel, and enter into an Agreed Judgment ("**Judgment**") between them. The agreement, as reflected by this Judgment, is as follows:

(1) AIC provided an insurance policy (the "**Policy**") to Smith's Bell and Clock Service, Inc. ("**Smith**").

(2) Smith performed maintenance and repair services of two clock and bell towers ("**Towers**"), which are located at Coxhall Gardens in Carmel, Indiana, and which are owned by Hamilton County.

(3) Hamilton County alleges that Smith's work was deficient and caused damage to the Towers. As a result, Hamilton County filed a lawsuit in the Hamilton County Superior Court 3, Cause No. 29D03-1911-CC-010507 (the "**Lawsuit**") against Smith seeking to recover property damages.

(4) AIC filed the present declaratory judgment action, which included Hamilton County as a Defendant, to assert and protect its interest, if any, as to recovery of any damages assessed against Smith from the Policy (collectively, the "**DJ Complaint**") (Dkt. No. 1).

(5) Hamilton County takes no position as to the requested relief sought by AIC in its DJ Complaint. Hamilton County does not intend to file an answer, asserting a position either way, to the DJ Complaint.

(6) Accordingly, Hamilton County consents to a Judgment in AIC's favor on its DJ Complaint should the Court decide that AIC owes neither a defense nor indemnity to Smith for Hamilton County's Lawsuit and request for damages against Smith.

(7) Each party to bear its own costs.

Approved:

| | |
|---|---|
| /s/  Christopher J. Neeson | /s/  Richard K. Shoultz |
| Stephen K. Andrews, #2415-49 | Richard K. Shoultz, #15558-73 |
| Christopher J. Neeson, #31767-49 | Jordan T. Crabtree, #35736-29 |
| | |
| BLEECKER BRODEY & ANDREWS | LEWIS WAGNER, LLP |
| 9247 N. Meridian St., Ste 101 | 501 Indiana Ave., Suite 200 |
| Indianapolis, IN 46260 | Indianapolis, IN 46202 |
| Phone:  888-574-0700 | Phone:  317-237-0500 |
| Fax:  888-574-0770 | Fax:  317-630-2790 |
| | |
| *Counsel for Defendant, Hamilton County Parks and Recreation* | *Counsel for Plaintiff, Accident Insurance Company, Inc.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 11, 2020, a copy of the foregoing was filed and served on all parties via the Court's ECF system, which will send notification to all counsel of record.

                                          By: /s/ *Richard K. Shoultz*
                                                  RICHARD K. SHOULTZ

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150
Phone: (317) 237-0500
Fax: (317) 630-2790
rshoultz@lewiswagner.com
jcrabtree@lewiswagner.com