UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ACCIDENT INSURANCE COMPANY, INC. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 1:20-cv-01190-SEB-TAB |
| | ) |
| SMITH'S BELL AND CLOCK SERVICE INC., HAMILTON COUNTY PARKS AND RECREATION | ) ) ) |
| | ) |
|     Defendants. | ) |

## ORDER GRANTING AGREED JUDGMENT BETWEEN AIC AND HAMILTON COUNTY

The Court, having reviewed and considered Plaintiff, Accident Insurance Company, Inc.'s ("**AIC**"), and Defendant, Hamilton County Parks and Recreation's ("**Hamilton County**"), Agreed Judgment, GRANTS the same:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Agreed Judgment Between AIC and Hamilton County, which is before the Court, is hereby approved and GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Hamilton County will not seek to recover any policy proceeds from AIC to its insured, Smith's Bell and Clock Service, Inc. ("**Smith**"), for Hamilton County's lawsuit (Cause No. 29D03-1911-CC-010507) (the "**Lawsuit**") to the extent this Court finds that AIC owes neither a defense nor duty to indemnify Smith for Hamilton County's Lawsuit and request for damages against Smith. Each party to bear its own costs in this matter.

    9/10/2020
_____
DATE

                                                        _____
                                                        SARAH EVANS BARKER, JUDGE
                                                        United States District Court
                                                        Southern District of Indiana

**DISTRIBUTION TO:**

**Electronically to the parties of record.**